| United States District Court<br>Eastern District of Michigan | Criminal Case Cover Sheet | Case Number<br>2:21-cr-20031 |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| **Companion Case Information** | **Companion Case Number:** See attached |
|---|---|
| This may be a companion case based upon **LCrR 57.10 (b)(4)**[1]: | **Judge Assigned:** See attached |
| ☒ Yes     ☐ No | **AUSA's Initials:** *s/DAG* |

**Case Title:** USA v. FCA US LLC

**County where offense occurred:** Wayne

**Check One:**     ☒ Felony     ☐ Misdemeanor     ☐ Petty

    ____Indictment/ ✓ Information --- **no** prior complaint.
    ____Indictment/____Information --- based upon prior complaint [**Case number:** _____ ]
    ____Indictment/____Information --- based upon **LCrR 57.10 (d)** *[Complete Superseding section below]*.

**Superseding Case Information**

**Superseding to Case No:** _____     **Judge:** _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|
| | | |

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

January 27, 2021
Date

*s/David A. Gardey*
DAVID A. GARDEY
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI  48226-3277
Phone:  313-226-9591
Email: David.Gardey@usdoj.gov
Attorney Bar #:  P48990

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**UNITED STATES OF AMERICA,**

vs.

**D-1 FCA US LLC,**

    **Defendant.**
_____/

## ATTACHMENT TO CRIMINAL CASE COVER SHEET

**Companion Case Information:**

| Case Name | Case No. | Assigned Judge |
| --- | --- | --- |
| U.S. v. Alphons Iacobelli, et al | 17-cr-20406 | Hon. Paul D. Borman |
| In re Petition of UAW-Chrysler Skill Development and Training Program | 18-cv-51223 | Hon. Paul D. Borman |
| U.S. v. Norwood Jewell | 19-cr-20146 | Hon. Paul D. Borman |
| U.S. v. Edward Robinson, et al | 19-cr-20726 | Hon. Paul D. Borman |
| General Motors Co. v. FCA US LLC, et al | 19-cv-13429 | Hon. Paul D. Borman |
| U.S. v. Dennis Williams | 20-cr-20382 | Hon. Paul D. Borman |
| U.S. v. International Union, United Automobile Aerospace, And Agricultural Implement Workers Of America | 20-cv-13293 | Hon. David M. Lawson |