UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-cr-20031 |
| | Paul D. Borman |
| Plaintiff, | United States District Judge |
| v. | |
| FCA, LLC, | |
| Defendant. | |
| _____/ | |

## **ORDER**

The Court sets Monday, March 1, 2021 at 10:00 a.m. for an arraignment and a plea hearing before the District Court.

Pursuant to Chapter Six of the United States Sentencing Guidelines Manual, the Court will order a pre-sentence investigation and report (PSR) before it imposes a sentence. Chapter Eight of the Guidelines Manual, "Sentencing of Organizations" sets forth extensive applicable Guidelines and Policy Statements that the Court should consider when the defendant is an organization. A PSR is required in this case to permit the Court to fulfil its obligation under the Sentencing Guidelines Manual.

SO ORDERED.

Dated: February 18, 2021

s/Paul D. Borman
Paul D. Borman
United States District Judge