UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

v.

D-1 FCA US LLC,

Defendant.

Criminal No. 21-cr-20031

Honorable Paul D. Borman

## WAIVER OF INDICTMENT

I, Christopher Pardi, the duly authorized representative of FCA US LLC, on behalf of FCA US LLC, understand that FCA US LLC is being charged with the felony of conspiracy, in violation of 18 U.S.C. §371. I have been advised of the nature of the charges against FCA US LLC and its rights, and I understand that any person charged with a federal felony offense has the right to insist that the case proceed by way of an indictment returned by a grand jury. Understanding this, and pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure, I hereby waive any right to prosecution by indictment and consent that the prosecution may be brought by information instead of by indictment.

_____
Christopher Pardi
On behalf of FCA US LLC

_____
Aisling O'Shea
Attorney for Defendant

Dated: February 25, 2021