UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

v.

D-1 FCA US LLC,

Defendant.

Criminal No. 21-cr-20031

Honorable Paul D. Borman

## ACKNOWLEDGMENT OF INFORMATION

I, Christopher Pardi, the duly authorized representative of FCA US LLC, on behalf of FCA US LLC, hereby acknowledge that I have received a copy of the Information in this case, and that I have read it and understand its contents before entering a plea to the charges contained therein. I understand that if FCA US LLC pleads guilty or is found guilty at trial, the maximum penalty is a fine of up to $500,000 or the greater of twice the gross gain or twice the gross loss, and probation of up to 5 years.

_____
Christopher Pardi
On behalf of FCA US LLC

_____
Aisling O'Shea
Attorney for Defendant

Dated: February 25, 2021