# UNITED STATES DISTRICT COURT
Eastern District of Michigan

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| | (For Organizational Defendants) |
| v. | |
| | Case Number: 0645 2:21CR20031 (1) |
| **FCA, LLC** | Nicholas Bourtin |
| | Thomas W. Cramner |
| | Aisling O'Shea |
| | Suniti Navin Mehta |
| | Mark Charles Bennett |
| | Defendant Organization's Attorney |

**THE DEFENDANT ORGANIZATION:**

| ☒ | pleaded guilty to count(s) | **1 of the Information** |
|---|---|---|
| ☐ | pleaded nolo contendere to count(s) which was accepted by the court | |
| ☐ | was found guilty on count(s) after a plea of not guilty | |

The organizational defendant is adjudicated guilty of these offenses:

| **Title & Section / Nature of Offense** | **Offense Ended** | **Count** |
|---|---|---|
| 18 371 Conspiracy to Violate the Labor Management Relations Act | 2016 | 1 |

The defendant organization is sentenced as provided in pages 2 through 5 of this judgment.

☐   The defendant organization has been found not guilty on count(s)

☐   Count(s) «dismissed_counts»  ☐ is   ☐ are dismissed on the motion of the United States

It is ordered that the defendant organization must notify the United States attorney for this district within 30 days of any change of name, principal business address, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant Organization's
Federal Employer I.D. No.:   27-0187394

Defendant Organization's Principal Business Address:
1000 Chrysler Drive
Auburn Hills, MI 48236

Defendant Organization's Mailing Address:
1000 Chrysler Drive
Auburn Hills, MI 48326

**08/17/2021**
Date of Imposition of Judgment

**s/Paul D. Borman**
Signature of Judge

United States District Judge
Title of Judge

**08/20/2021**
Date

AO 245E (Rev. MIE 09/17) Judgment in a Criminal Case  
(organizational defendants

Judgment -- Page 2 of 7

DEFENDANT:     FCA, LLC  
CASE NUMBER:     0645 2:21CR20031 (1)

# PROBATION

The defendant organization is hereby sentenced to probation for a term of:

**36 months (3 years)**

The defendant organization shall not commit another federal, state or local crime.

    If this judgment imposes a fine or a restitution obligation, it is a condition of probation that the defendant organization pay in accordance with the Schedule of Payments of this judgment.

    The defendant organization must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page (if indicated below).

## STANDARD CONDITIONS OF SUPERVISION

1) within thirty days from the date of this judgment, the defendant organization shall designate an official of the organization to act as the organization's representative and to be the primary contact with the probation officer;
2) the defendant organization shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
3) the defendant organization shall notify the probation officer ten days prior to any change in principal business or mailing address;
4) the defendant organization shall permit a probation officer to visit the organization at any of its operating business sites;
5) the defendant organization shall notify the probation officer within seventy-two hours of any criminal prosecution, major civil litigation, or administrative proceeding against the organization;
6) the defendant organization shall not dissolve, change its name, or change the name under which it does business unless this judgment and all criminal monetary penalties imposed by this court are either fully satisfied or are equally enforceable against the defendant's successors or assignees; and
7) the defendant organization shall not waste, nor without permission of the probation officer, sell, assign, or transfer its assets.

DEFENDANT: FCA, LLC
CASE NUMBER: 0645 2:21CR20031 (1)

## SPECIAL CONDITIONS OF SUPERVISION

1. **The defendant corporation shall pay a fine through the Clerk of the Court to the United States in the amount of $30,000,000.00, which shall be paid in full within 30 days of entry of the Judgment and Order in this case.**

2. **The United States Probation Department shall have available to it any reports prepared by the Compliance Monitor regarding the defendant corporation's compliance with the terms and conditions of probation. Reports prepared by the Compliance Monitor shall be maintained by the United States Attorney's Office for review by the probation department.**

AO 245E (Rev. MIE 09/17) Judgment in a Criminal Case (organizational defendants  
Judgment -- Page 4 of 7

DEFENDANT: FCA, LLC
CASE NUMBER: 0645 2:21CR20031 (1)

# CRIMINAL MONETARY PENALTIES

The defendant organization must pay the total criminal monetary penalties under the schedule of payments.

|        | **Assessment** | **Fine**        | **Restitution** |
|--------|---------------:|----------------:|----------------:|
| **TOTALS** | $400.00    | $30,000,000.00  | Not applicable  |

☐ The determination of restitution is deferred until an *Amended Judgment in a Criminal Case (AO245C)* will be entered after such determination.
☐ The defendant organization must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant organization makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

☐ Restitution amount ordered pursuant to plea agreement $
☐ The defendant organization shall pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).
☐ The court determined that the defendant organization does not have the ability to pay interest, and it is ordered that:
    ☐ the interest requirement is waived for the   ☐ fine   ☐ restitution
    ☐ the interest requirement for the   ☐ fine   ☐ restitution is modified as follows:

\* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.